A02A0672. WACHOVIA BANK, N.A. v. DECATUR AUTO CENTER, INC.
(594 SE2d 785)

MILLER, Judge.

In *Decatur Auto Center v. Wachovia Bank*, 276 Ga. 817 (583 SE2d 6) (2003), the Supreme Court of Georgia reversed the judgment of this Court in *Wachovia Bank v. Decatur Auto Center*, 255 Ga. App. 666 (566 SE2d 337) (2002). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Johnson, P. J., and Blackburn, P. J., concur.*

DECIDED FEBRUARY 13, 2004.

*Gray & Gilliland, Charles A. Ratz*, for appellant.
*Weener, Mason & Nathan, William P. Mason, Brian J. Harris,*

*Garland, Samuel & Loeb, Edward T. Garland, Spix & Krupp, Mark V. Spix*, for appellee.